Form G-2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                           )
                                                 )      Case No. 26-04966
                                                 )
Igor Tovstanovsky and Yelena Tovstanovsky )      Chapter   11
                                                 )
                                                 )
                    Debtor(s)                    )

### Certification of Relatedness

The undersigned attorney certifies that:

1.  __2__ cases are being filed under Chapter  11  that are related to each other, related to
    case(s) now pending, or both.

2.  The cases are related because:

    ☐ the debtors are married; or

    ☑ the cases involve persons or entities that are affiliates as defined in §101(2) of the

    Bankruptcy Code.   (Business Partners; Co-Guarantors)

3.  List of related bankruptcy case number(s) and case name(s):

    _____

    _____

    _____

    Aleksandr Tovstanovskiy, Case No. 26-04963
    _____

    _____

    _____

    _____

Date of certification: __03-20-2026__   Attorney's Signature: _/s/ David K. Welch_____

### This form must be filed in each related Bankruptcy Case

Revised: 02/18/2026_aj