**Fill in this information to identify the case:**

Debtor Name Igor Tovstanovsky and Yelena Tovstanovsky

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 26-04966

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 06/2026

Date report filed: 07/22/2026 (MM / DD / YYYY)

Line of business: ____________

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Igor and Yelena Tovstanovsky

Original signature of responsible party /s/ Igor and Yelena Tovstanovsky

Printed name of responsible party Igor and Yelena Tovstanovsky

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Igor Tovstanovsky and Yelena Tovstanovsky Case number 26-04966

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 280,491.50

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 5,240.39

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 4,304.72

22. **Net cash flow** + $ 935.67

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 282,791.92

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ________

*(Exhibit E)*

Debtor Name Igor Tovstanovsky and Yelena Tovstanovsky Case number 26-04966

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 5,000.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report | – | Column B **Actual** Copy lines 20-22 of this report | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 7,500.00 | – | $ 5,240.39 | = | $ 2,259.61 |
| 33. **Cash disbursements** | $ 6,250.00 | – | $ 4,304.72 | = | $ 1,945.28 |
| 34. **Net cash flow** | $ 1,250.00 | – | $ 935.76 | = | $ 314.24 |

35. Total projected cash receipts for the next month: $ 7,500.00
36. Total projected cash disbursements for the next month: - $ 6,250.00
37. Total projected net cash flow for the next month: = $ 1,250.00

Debtor Name Igor Tovstanovsky and Yelena Tovstanovsky Case number 26-04966

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**Igor and Yelena Tovstanovsky Exhibit C**

| POSTED DATE | DESCRIPTION | AMOUNT | Notes |
|---|---|---|---|
| | BMO Harris Bank | | |
| 6/24/2026 | MENARDS LONG GROVE IL LONG GROVE IL | 8.51 | Menards Return |
| 6/11/2026 | PPD READERLINK DISTR PAYROLL | 2687.35 | Payroll |
| 6/9/2026 | ALDI 40095 NAPERVILLE IL | 32.28 | Aldi return |
| | **BMO Harris Bank Monthly Total Deposits** | **$ 2,728.14** | |
| | | | |
| | Citi Bank | | |
| 6/3/2026 | IDES PAYMENTS : ACH Electronic Credit | $ 1,256.00 | Unemployment Income |
| 6/17/2026 | IDES PAYMENTS : ACH Electronic Credit | $ 1,256.00 | Unemployment Income |
| | **Citi Bank Monthly Total Deposits** | **$ 2,512.00** | |
| | | | |
| | First Secure Bank | | |
| 7/1/2026 | INTEREST DEPOSIT | $ 0.26 | INTEREST DEPOSIT |
| | **First Secure Bank Monthly Total Deposits** | **$ 0.26** | |
| | | | |
| | Schwab Brokerage Account | | |
| | Misc Broker Managed Account Activities per statement | $ 1,364.74 | |
| | **Schwab Brokerage Account Monthly Total Debit Activities** | **$ 1,364.74** | |
| | | | |
| | Total Cash Debits: | $ 5,240.39 | |
| | Net Cash Flow | $ 935.67 | |

**Igor and Yelena Exhbit D**

| Date | Description | Debit | Description |
|---|---|---|---|
| | **CITI Bank** | | |
| 6/17/2026 | STANDARD LIFE SLAIC-L : ACH Electronic Debit | $19.53 | Life Insurance |
| 6/8/2026 | FFSB LOAN PAYMENT 19610000055529 : ACH Electronic Debit | $3,288.00 | Mortgage Payment |
| 6/4/2026 | Assurity Life PREM DEBIT : ACH Electronic Debit | $53.35 | Life Insurance |
| | **CITI Bank Cash Disbursements** | **$3,360.88** | |
| | | | |
| | **BMO Harris Bank** | | |
| 6/25/2026 | ALDI 40095 NAPERVILLE IL | -17.58 | Groceries |
| 6/25/2026 | CAPUTO S FRESH NAPERVILLE IL | -8.04 | Groceries |
| 6/25/2026 | SPOTHERO 844 356 8054 CHICAGO IL | -7.49 | Parking Garage |
| 6/22/2026 | IL TOLLWAY AUTOREPLENI DOWNERS GROV IL | -20 | Ipass |
| 6/22/2026 | FRESH FARMS INT WHEELING IL | -7.14 | Groceries |
| 6/22/2026 | LOT A EPS CHICAGO IL | -3 | Parking Garage |
| 6/18/2026 | GARDEN FRESH MARKET NAPERVILLE IL | -57.12 | Groceries |
| 6/18/2026 | SPOTHERO 844 356 8054 CHICAGO IL | -11.99 | Parking Garage |
| 6/17/2026 | IL TOLLWAY AUTOREPLENI DOWNERS GROV IL | -20 | Ipass |
| 6/15/2026 | EL HOGAR LLC NAPERVILLE IL | -47 | Food |
| 6/15/2026 | ROD BAKER FORD SALES PLAINFIELD IL | -189.95 | Vehicle Repair |
| 6/12/2026 | IL TOLLWAY WEB UNPD TO DOWNERS GROV IL | -7.6 | Ipass |
| 6/12/2026 | JEWEL OSCO 0058 NAPERVILLE IL | -13.99 | Groceries |
| 6/11/2026 | INTERNATIONAL FRESH MA NAPERVILLE IL | -7.72 | Groceries |
| 6/10/2026 | IL TOLLWAY WEB DOWNERS GROV IL | -4 | Ipass |
| 6/8/2026 | MEIJER STORE 178 AURORA IL | -64.94 | Groceries |
| 6/8/2026 | ALDI 40095 NAPERVILLE IL | -71.31 | Groceries |
| 6/8/2026 | APPLE COM BILL CUPERTINO CA | -9.99 | Apple Phone |
| 6/8/2026 | MNRD PLAINFIELD PLAINFIELD IL | -8.51 | Household Items |
| 6/8/2026 | WALGREENS 3780 NAPERVILLE IL | -31.89 | Medial Items |
| 6/5/2026 | COSTCO WHSE 14 NAPERVILLE IL | -32.71 | Groceries |
| 6/5/2026 | TRADER JOE S 690 NAPERVILLE IL | -30.4 | Groceries |
| 6/4/2026 | MNRD PLAINFIELD PLAINFIELD IL | -53.27 | Household Items |
| 6/4/2026 | IKEA BOLINGBROOK BOLINGBROOK IL | -2.53 | Household Items |
| 6/4/2026 | IKEA BOLINGBROOK BOLINGBROOK IL | -32.43 | Household Items |
| 6/4/2026 | ALDI 68014 BOLINGBROOK IL | -72.14 | Groceries |
| 6/3/2026 | JEWEL OSCO 0058 NAPERVILLE IL | -6.77 | Groceries |
| 6/2/2026 | MNRD PLAINFIELD PLAINFIELD IL | -6.5 | Household Items |
| 6/2/2026 | CAPUTO S FRESH NAPERVILLE IL | -66.99 | Groceries |
| 6/2/2026 | ALDI 40095 NAPERVILLE IL | -25.03 | Groceries |
| 6/1/2026 | INTERNATIONAL FRESH MA NAPERVILLE IL | -5.81 | Groceries |
| | **BMO Harris Bank Cash Disbursements** | **-943.84** | |
| | | | |
| | Total Cash Credits | -$4,304.72 | |

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

IGOR TOVSTANOVSKY
YELENA TOVSTANOVSKYA
4127 EASY CIRCLE
NAPERVILLE IL 60564

Date
May 16, 2026 through June 15, 2026
Primary Account Number
[redacted]513

EFFECTIVE 8/10/2026: IF YOUR DEPOSIT PRODUCT HAS A NON-BMO ATM TRANSACTION FEE, BMO IS NO LONGER CHARGING THE $3 NON-BMO ATM TRANSACTION FEE FOR EACH NON-BMO ATM TRANSFER.

IF YOUR DEPOSIT PRODUCT CHARGES A FEE FOR A CASHIER'S CHECK, THE FEE WILL INCREASE FROM $10 TO $12.

THE DEPOSIT ACCOUNT AGREEMENT AND DEPOSIT ACCOUNT DISCLOSURE WILL BE UPDATED ACCORDINGLY. YOUR CONTINUED USE OF THIS ACCOUNT AS OF 8/10/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF JUNE 15, 2026) |
|---|---|---|
| BMO SMART ADVANTAGE CHK | [redacted]513 | $60,105.56 |

## Account Summary - BMO SMART ADVANTAGE CHK #[redacted]513

| BEGINNING BALANCE AS OF MAY 15, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF JUNE 15, 2026 |
|---|---|---|---|---|---|---|
| $56,212.10 | 6 | $5,777.20 | 53 | $1,883.74 | $0.00 | $60,105.56 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

FDIC EQUAL HOUSING LENDER
NMLS 401052

BMO

bmo.com/contact
888-340-2265

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$56,212.10** |
| May 18 | POS PURCHASE<br>RECORD NO. 059580 CARD NO. 4492<br>MEIJER STORE 178 AURORA IL | ($16.34) | | |
| May 18 | POS PURCHASE<br>RECORD NO. 499612 CARD NO. 4492<br>INTERNATIONAL FRESH MA NAPERVILLE IL | ($21.12) | | |
| May 18 | POS PURCHASE<br>RECORD NO. 045570 CARD NO. 7825<br>EL HOGAR LLC NAPERVILLE IL | ($34.79) | | |
| May 18 | POS PURCHASE W/PIN<br>RECORD NO. 875300 CARD NO. 4492<br>ALDI 40095 NAPERVILLE IL | ($32.12) | | $56,107.73 |
| May 19 | POS PURCHASE W/PIN<br>RECORD NO. 086755 CARD NO. 7825<br>MNRD PLAINFIELD PLAINFIELD IL | ($28.32) | | |
| May 19 | POS PURCHASE W/PIN<br>RECORD NO. 395425 CARD NO. 7825<br>PILOT 0043 WALCOTT IA | ($4.16) | | |
| May 19 | POS PURCHASE W/PIN<br>RECORD NO. 353329 CARD NO. 7825<br>COSTCO WHSE 11 CORALVILLE IA | ($133.95) | | $55,941.30 |
| May 20 | POS PURCHASE W/PIN<br>RECORD NO. 412196 CARD NO. 7825<br>PILOT 0043 WALCOTT IA | ($9.10) | | $55,932.20 |
| May 22 | CARD CREDIT<br>RECORD NO. 032265 CARD NO. 7825<br>MNRD NAPERVILLE NAPERVILLE IL | | $8.28 | |
| May 22 | CARD CREDIT<br>RECORD NO. 021765 CARD NO. 7825<br>MNRD NAPERVILLE NAPERVILLE IL | | $13.64 | |
| May 22 | POS PURCHASE<br>RECORD NO. 900184 CARD NO. 4492<br>JEWEL OSCO 0058 NAPERVILLE IL | ($18.92) | | $55,935.20 |
| May 26 | CARD CREDIT<br>RECORD NO. 659137 CARD NO. 7825<br>THE HOME DEPOT 1918 NAPERVILLE IL | | $37.92 | |
| May 26 | POS PURCHASE<br>RECORD NO. 375603 CARD NO. 7825<br>EL HOGAR LLC NAPERVILLE IL | ($34.79) | | |
| May 26 | POS PURCHASE<br>RECORD NO. 312319 CARD NO. 4492 | ($4.46) | | |

CONTINUED ON NEXT PAGE

BMO

bmo.com/contact
888-340-2265

## • Monthly Activity Details (cont'd)

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | MEIJER STORE 178 AURORA IL | | | |
| May 26 | POS PURCHASE | ($11.38) | | |
| | RECORD NO. 305756 CARD NO. 4492 | | | |
| | INTERNATIONAL FRESH MA NAPERVILLE IL | | | |
| May 26 | POS PURCHASE W/PIN | ($26.15) | | |
| | RECORD NO. 946800 CARD NO. 4492 | | | |
| | ALDI 40095 NAPERVILLE IL | | | |
| May 26 | POS PURCHASE | ($36.50) | | |
| | RECORD NO. 020101 CARD NO. 4492 | | | |
| | JEWEL OSCO 0058 NAPERVILLE IL | | | |
| May 26 | POS PURCHASE W/PIN | ($28.51) | | |
| | RECORD NO. 674800 CARD NO. 4492 | | | |
| | ALDI 40095 NAPERVILLE IL | | | |
| May 26 | POS PURCHASE W/PIN | ($64.41) | | |
| | RECORD NO. 016800 CARD NO. 4492 | | | |
| | GARDEN FRESH MARKET NAPERVILLE IL | | | |
| May 26 | POS PURCHASE W/PIN | ($8.58) | | |
| | RECORD NO. 888123 CARD NO. 4492 | | | |
| | WAL WAL MART 1401 222 NAPERVILLE IL | | | |
| May 26 | POS PURCHASE W/PIN | ($11.16) | | |
| | RECORD NO. 252497 CARD NO. 7825 | | | |
| | CAPUTO S FRESH NAPERVILLE IL | | | |
| May 26 | POS PURCHASE W/PIN | ($106.33) | | |
| | RECORD NO. 359965 CARD NO. 7825 | | | |
| | COSTCO WHSE 13 PLAINFIELD IL | | | |
| May 26 | POS PURCHASE W/PIN | ($24.93) | | $55,615.92 |
| | RECORD NO. 318036 CARD NO. 7825 | | | |
| | COSTCO WHSE 13 PLAINFIELD IL | | | |
| May 27 | POS PURCHASE | ($6.80) | | |
| | RECORD NO. 011172 CARD NO. 7825 | | | |
| | IL TOLLWAY WEB UNPD TO DOWNERS GROV IL | | | |
| May 27 | POS PURCHASE | ($29.00) | | |
| | RECORD NO. 011214 CARD NO. 7825 | | | |
| | IL TOLLWAY WEB UNPD TO DOWNERS GROV IL | | | |
| May 27 | POS PURCHASE | ($90.00) | | |
| | RECORD NO. 529306 CARD NO. 4492 | | | |
| | PY POINTE PEST CONTRO WEST CHICAGO IL | | | |
| May 27 | POS PURCHASE W/PIN | ($5.08) | | |
| | RECORD NO. 635762 CARD NO. 4492 | | | |
| | TJMAXX 0294 NAPERVILLE IL | | | |
| May 27 | POS PURCHASE W/PIN | ($11.16) | | |
| | RECORD NO. 124954 CARD NO. 7825 | | | |
| | MNRD PLAINFIELD PLAINFIELD IL | | | |
| May 27 | POS PURCHASE W/PIN | ($15.92) | | |
| | RECORD NO. 149205 CARD NO. 7825 | | | |
| | MNRD PLAINFIELD PLAINFIELD IL | | | |
| May 27 | Check 1111 | ($175.00) | | $55,282.96 |
| May 28 | ACH DEPOSIT | | $2,997.73 | |

CONTINUED ON NEXT PAGE

BMO

bmo.com/contact
888-340-2265

## Monthly Activity Details (cont'd)

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | PPD READERLINK DISTR PAYROLL | | | |
| May 28 | POS PURCHASE<br>RECORD NO. 198115 CARD NO. 7825<br>IL TOLLWAY AUTOREPLENI DOWNERS GROV IL | ($20.00) | | |
| May 28 | POS PURCHASE W/PIN<br>RECORD NO. 000002 CARD NO. 7825<br>AMAZON COM 468LO5T93 SEATTLE WA | ($9.49) | | $58,251.20 |
| May 29 | POS PURCHASE W/PIN<br>RECORD NO. 043855 CARD NO. 7825<br>TONYS FRESH MRKT BRIDG BRIDGEVIEW IL | ($44.53) | | |
| May 29 | POS PURCHASE W/PIN<br>RECORD NO. 820719 CARD NO. 4492<br>MEIJER STORE 178 AURORA IL | ($29.26) | | $58,177.41 |
| Jun 01 | POS PURCHASE<br>RECORD NO. 638266 CARD NO. 4492<br>INTERNATIONAL FRESH MA NAPERVILLE IL | ($5.81) | | $58,171.60 |
| Jun 02 | POS PURCHASE W/PIN<br>RECORD NO. 305500 CARD NO. 4492<br>ALDI 40095 NAPERVILLE IL | ($25.03) | | |
| Jun 02 | POS PURCHASE W/CASHBK<br>RECORD NO. 623599 CARD NO. 7825<br>CAPUTO S FRESH NAPERVILLE IL | ($66.99) | | |
| Jun 02 | POS PURCHASE W/PIN<br>RECORD NO. 191252 CARD NO. 7825<br>MNRD PLAINFIELD PLAINFIELD IL | ($6.50) | | $58,073.08 |
| Jun 03 | POS PURCHASE<br>RECORD NO. 065591 CARD NO. 4492<br>JEWEL OSCO 0058 NAPERVILLE IL | ($6.77) | | $58,066.31 |
| Jun 04 | POS PURCHASE W/PIN<br>RECORD NO. 051200 CARD NO. 7825<br>ALDI 68014 BOLINGBROOK IL | ($72.14) | | |
| Jun 04 | POS PURCHASE W/PIN<br>RECORD NO. 514031 CARD NO. 7825<br>IKEA BOLINGBROOK BOLINGBROOK IL | ($32.43) | | |
| Jun 04 | POS PURCHASE W/PIN<br>RECORD NO. 514171 CARD NO. 7825<br>IKEA BOLINGBROOK BOLINGBROOK IL | ($2.53) | | |
| Jun 04 | POS PURCHASE W/PIN<br>RECORD NO. 200900 CARD NO. 7825<br>MNRD PLAINFIELD PLAINFIELD IL | ($53.27) | | $57,905.94 |
| Jun 05 | POS PURCHASE W/PIN<br>RECORD NO. 113554 CARD NO. 7825<br>TRADER JOE S 690 NAPERVILLE IL | ($30.40) | | |
| Jun 05 | POS PURCHASE W/PIN<br>RECORD NO. 263127 CARD NO. 7825<br>COSTCO WHSE 14 NAPERVILLE IL | ($32.71) | | $57,842.83 |
| Jun 08 | POS PURCHASE<br>RECORD NO. 850841 CARD NO. 4492 | ($31.89) | | |

CONTINUED ON NEXT PAGE

BMO

**bmo.com/contact**
888-340-2265

## Monthly Activity Details (cont'd)

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | WALGREENS 3780 NAPERVILLE IL | | | |
| Jun 08 | POS PURCHASE W/PIN | ($8.51) | | |
| | RECORD NO. 189445 CARD NO. 7825 | | | |
| | MNRD PLAINFIELD PLAINFIELD IL | | | |
| Jun 08 | POS PURCHASE | ($9.99) | | |
| | RECORD NO. 893205 CARD NO. 7825 | | | |
| | APPLE COM BILL CUPERTINO CA | | | |
| Jun 08 | POS PURCHASE W/PIN | ($71.31) | | |
| | RECORD NO. 768200 CARD NO. 7825 | | | |
| | ALDI 40095 NAPERVILLE IL | | | |
| Jun 08 | POS PURCHASE W/PIN | ($64.94) | | $57,656.19 |
| | RECORD NO. 849769 CARD NO. 7825 | | | |
| | MEIJER STORE 178 AURORA IL | | | |
| Jun 09 | CARD CREDIT | | $32.28 | $57,688.47 |
| | RECORD NO. 566114 CARD NO. 7825 | | | |
| | ALDI 40095 NAPERVILLE IL | | | |
| Jun 10 | POS PURCHASE | ($4.00) | | $57,684.47 |
| | RECORD NO. 058020 CARD NO. 7825 | | | |
| | IL TOLLWAY WEB DOWNERS GROV IL | | | |
| Jun 11 | ACH DEPOSIT | | $2,687.35 | |
| | PPD READERLINK DISTR PAYROLL | | | |
| Jun 11 | POS PURCHASE | ($7.72) | | $60,364.10 |
| | RECORD NO. 304298 CARD NO. 4492 | | | |
| | INTERNATIONAL FRESH MA NAPERVILLE IL | | | |
| Jun 12 | POS PURCHASE | ($13.99) | | |
| | RECORD NO. 222500 CARD NO. 4492 | | | |
| | JEWEL OSCO 0058 NAPERVILLE IL | | | |
| Jun 12 | POS PURCHASE | ($7.60) | | $60,342.51 |
| | RECORD NO. 007935 CARD NO. 7825 | | | |
| | IL TOLLWAY WEB UNPD TO DOWNERS GROV IL | | | |
| Jun 15 | POS PURCHASE | ($189.95) | | |
| | RECORD NO. 976810 CARD NO. 4492 | | | |
| | ROD BAKER FORD SALES PLAINFIELD IL | | | |
| Jun 15 | POS PURCHASE | ($47.00) | | $60,105.56 |
| | RECORD NO. 669931 CARD NO. 7825 | | | |
| | EL HOGAR LLC NAPERVILLE IL | | | |
| | **ENDING BALANCE** | | | **$60,105.56** |

BMO

**bmo.com/contact**
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the “daily balance” of your account for each day in the billing cycle. To get the “daily balance” we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no “grace period” or “free ride period” which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we’ve reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you’re the borrower submitting this dispute.

Date: 05/2025

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

IGOR TOVSTANOVSKY
YELENA TOVSTANOVSKYA
4127 EASY CIRCLE
NAPERVILLE IL 60564

Date
June 16, 2026 through
July 15, 2026
Primary Account Number
[redacted]513

EFFECTIVE 8/10/2026: IF YOUR DEPOSIT PRODUCT HAS A NON-BMO ATM TRANSACTION FEE, BMO IS NO LONGER CHARGING THE $3 NON-BMO ATM TRANSACTION FEE FOR EACH NON-BMO ATM TRANSFER.

IF YOUR DEPOSIT PRODUCT CHARGES A FEE FOR A CASHIER'S CHECK, THE FEE WILL INCREASE FROM $10 TO $12.

THE DEPOSIT ACCOUNT AGREEMENT AND DEPOSIT ACCOUNT DISCLOSURE WILL BE UPDATED ACCORDINGLY. YOUR CONTINUED USE OF THIS ACCOUNT AS OF 8/10/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF JULY 15, 2026) |
|---|---|---|
| BMO SMART ADVANTAGE CHK | [redacted]513 | $59,705.67 |

## Account Summary - BMO SMART ADVANTAGE CHK #7210027513

| BEGINNING BALANCE AS OF JUNE 15, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF JULY 15, 2026 |
|---|---|---|---|---|---|---|
| $60,105.56 | 1 | $8.51 | 12 | $408.40 | $0.00 | $59,705.67 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

NMLS 401052

BMO

**bmo.com/contact**
888-340-2265

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$60,105.56** |
| Jun 17 | POS PURCHASE<br>RECORD NO. 215264 CARD NO. 7825<br>IL TOLLWAY AUTOREPLENI DOWNERS GROV IL | ($20.00) | | $60,085.56 |
| Jun 18 | POS PURCHASE<br>RECORD NO. 689649 CARD NO. 7825<br>SPOTHERO 844 356 8054 CHICAGO IL | ($11.99) | | |
| Jun 18 | POS PURCHASE W/PIN<br>RECORD NO. 067343 CARD NO. 7825<br>GARDEN FRESH MARKET NAPERVILLE IL | ($57.12) | | $60,016.45 |
| Jun 22 | POS PURCHASE<br>RECORD NO. 421673 CARD NO. 7825<br>LOT A EPS CHICAGO IL | ($3.00) | | |
| Jun 22 | POS PURCHASE W/PIN<br>RECORD NO. 592180 CARD NO. 7825<br>FRESH FARMS INT WHEELING IL | ($7.14) | | |
| Jun 22 | POS PURCHASE<br>RECORD NO. 930338 CARD NO. 7825<br>IL TOLLWAY AUTOREPLENI DOWNERS GROV IL | ($20.00) | | $59,986.31 |
| Jun 24 | CARD CREDIT<br>RECORD NO. 115408 CARD NO. 7825<br>MENARDS LONG GROVE IL LONG GROVE IL | | $8.51 | $59,994.82 |
| Jun 25 | POS PURCHASE<br>RECORD NO. 169314 CARD NO. 7825<br>SPOTHERO 844 356 8054 CHICAGO IL | ($7.49) | | |
| Jun 25 | POS PURCHASE W/PIN<br>RECORD NO. 136182 CARD NO. 4492<br>CAPUTO S FRESH NAPERVILLE IL | ($8.04) | | |
| Jun 25 | POS PURCHASE W/PIN<br>RECORD NO. 747400 CARD NO. 4492<br>ALDI 40095 NAPERVILLE IL | ($17.58) | | $59,961.71 |
| Jul 06 | POS PURCHASE<br>RECORD NO. 737896 CARD NO. 7825<br>APPLE COM BILL CUPERTINO CA | ($9.99) | | $59,951.72 |
| Jul 09 | POS PURCHASE W/PIN<br>RECORD NO. 131152 CARD NO. 7825<br>WOODMANS FOOD M BUFFALO GROVE IL | ($36.05) | | $59,915.67 |
| Jul 10 | Check 1113 | ($210.00) | | $59,705.67 |
| | **ENDING BALANCE** | | | **$59,705.67** |

BMO

**bmo.com/contact**
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the “daily balance” of your account for each day in the billing cycle. To get the “daily balance” we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no “grace period” or “free ride period” which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we’ve reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you’re the borrower submitting this dispute.

Date: 05/2025

**June 1 - June 30, 2026**
**Citi Priority Account** [redacted]**212**



**IGOR TOVSTANOVSKY**
**YELENA M TOVSTANOVSKAYA**
**ALEKSANDR I TOVSTANOVSKIY**
**4127 EASY CIRCLE**
**NAPERVILLE IL 60564-4431**

**CITI PRIORITY SERVICES**
**PO Box 769007**
**San Antonio, Texas 78245**
For banking call: Citi Priority Services at (888) 275-2484 *
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

Effective August 1, 2026, the Online Outgoing Wire Transfer-Domestic fee will increase to $30.00 as a standard fee and $25.00 for Citi Priority. The Online Outgoing Wire Transfer-International fee will increase to $40.00 for standard and $35.00 for Citi Priority.

Your Citi Priority simplified banking Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 21,434.84 | 20,585.96 |
| **Citi Priority Relationship Total** | **$21,434.84** | **$20,585.96** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 0.00 |
| **Citi Priority Relationship Total** | **$0.00** | **$0.00** |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

Effective April 20, 2026, No Penalty and Step Up CDs will automatically renew into the same product type, keeping their existing features, and other CD types will be permitted to convert to a No Penalty or Step Up CD at renewal. If interest is set to pay to a closed Citi account, it will be added to your CD balance. If your CD is closed, interest will be deposited into another Citi deposit account you hold or sent to you by check if you have no other Citi deposit accounts.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-275-2484(TTY: We accept 711 or other Relay Service).

## You are Citi Priority for June 2026

When customers own accounts as Joint account owners, the Combined Average Monthly Balance shown on their Joint Account Statement will show the highest Combined Average Monthly Balance range among account owners. The Relationship Tier associated with the account will be determined by the highest Relationship Tier among joint owners. Different processes -New to Relationship customer status, Re-Tiering, Tier Acceleration, and Tier Exclusions- determine whether an individual owner is eligible for Relationship Tiers.

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| April 2026 | $15,000 - $29,999 | Citi Priority |
| May 2026 | $15,000 - $29,999 | Citi Priority |
| June 2026 | $15,000 - $29,999 | Citi Priority |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Non- Citi ATM Fee | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | [redacted]212 | None | None | N/A | No Fee - Citi Priority Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Regular Checking [redacted]212**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/01/26 | Opening Balance | | | 21,434.84 |
| 06/03/26 | ACH Electronic Credit IDES PAYMENTS | | 1,256.00 | 22,690.84 |
| 06/04/26 | ACH Electronic Debit Assurity Life PREM DEBIT | 53.35 | | 22,637.49 |
| 06/08/26 | ACH Electronic Debit FFSB LOAN PAYMENT 019610000055529 | 3,288.00 | | 19,349.49 |
| 06/17/26 | ACH Electronic Credit IDES PAYMENTS | | 1,256.00 | 20,605.49 |
| 06/17/26 | ACH Electronic Debit STANDARD LIFE SLAIC-L | 19.53 | | 20,585.96 |
| | Total Subtracted/Added | 3,360.88 | 2,512.00 | |
| 06/30/26 | Closing Balance | | | 20,585.96 |

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**

The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**TRANSACTIONS OUTSIDE OF YOUR HOME COUNTRY - FOR NON-US PERSONS ONLY**

Transactions may be executed outside of your country and without any participation from any Citigroup or Citibank subsidiary, branch or affiliate in your country. Some products may not be registered with the Financial Regulatory body of your country governing such financial products, nor may they be governed or protected by the laws and regulations of your country. Products and services offered by Citi and its affiliates are subject to the applicable local laws and regulations of the jurisdiction where they are booked and offered. Not all accounts, products, and services as well as pricing are available in all jurisdictions or to all customers. Your country of citizenship, domicile, or residence may have laws, rules, and regulations that govern or affect your application for and use of our accounts, products and services, including laws and regulations regarding taxes, exchange and/or capital controls.

If your country of residence is other than the United States or the Commonwealth of Puerto Rico, you acknowledge that you are responsible for, and agree that you will comply with, all laws, regulations, and rules applicable to your accounts, products and services with us, including any tax, foreign exchange, or capital controls, and for all payments, reporting or filing requirements that may apply as a result of your country of citizenship, domicile, or residence.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**

**FDIC Insurance:**

Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

**APY and Interest Rate:**

For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627- 3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**

Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

**IN CASE OF ERRORS**

**In Case of Errors or Questions about Your Electronic Fund Transfers:**

If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

***Give us the following information:*** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country:**

Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**

***Average Daily Balance:*** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

***Interest Charge:*** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

***Payment Instructions:*** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 71051, Philadelphia, PA 19176-1051.** For phone payments accepted through our Collections Department, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.

***Other Information:*** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

***Request for Credit Balance Refunds:*** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

***Billing Rights Summary -*** *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

EQUAL HOUSING LENDER

Citibank, N.A. Member FDIC

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

   Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

   You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

   Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

   *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

   *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. **CAMB Balance Range Chart**

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

**Monthly Service Fee and Non-Citi ATM Fee Chart**

| | **Standard Fees** | | **Monthly Service Fee and Non-Citi ATM Fee will not be charged for months where the following situations apply** | |
|---|---|---|---|---|
| **Description** | **Monthly Service Fee** | **Non-Citi ATM Fee** | **Activity** | **Citigold Private Client, Citigold or Citi Priority Relationship Tier status** |
| Regular Checking** | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more<br><br>Important: Non-Citi ATM fee is non-waivable | Yes |
| Access Checking** | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more<br><br>Important: Non-Citi ATM fee is non-waivable | Yes |
| Citi Savings** | $4.50 | $2.50 | Average Monthly Balance of $500 or more<br>or<br>Any owner also owns a checking account | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more<br>or<br>Any owner also owns a checking account | Yes |
| Citi Miles Ahead Savings | $0 | $0 | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A |

*An Enhanced Direct Deposit (EDD) is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking or savings account. An EDD also includes Zelle® incoming payments and other funds from person-to-person (P2P) payments when transferred through the ACH Network using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, debit card funding transfers, and P2P payment transfers sent to a Citibank debit card do not qualify as EDDs. Any funds transferred from another financial institution or P2P provider through an instant transfer service will also not qualify as an EDD.

**Checking accounts and Savings accounts owned as Uniform Transfers to Minors Accounts (UTMA) are not charged a Monthly Service Fee or Non-Citi ATM Fee when the beneficiary is younger than 18 years of age.

**This page has been intentionally left blank.**

charles SCHWAB

Schwab One® Account of

IGOR TOVSTANOVSKY &
YELENA TOVSTANOVSKY JT TEN

Account Number
[redacted]699

Statement Period
June 1-30, 2026

M.BROWN FINANCIAL ADVISORS

## Account Summary

| Ending Account Value as of 06/30 | Beginning Account Value as of 06/01 |
|---|---|
| $200,978.33 | $199,613.59 |

| | This Statement | YTD |
|---|---|---|
| Beginning Account Value | **$199,613.59** | $374,240.25 |
| Deposits | **0.00** | 100,000.00 |
| Withdrawals | **0.00** | (283,200.00) |
| Dividends and Interest | **988.08** | 8,359.54 |
| Market Appreciation/(Depreciation) | **499.71** | 2,526.04 |
| Expenses | **(123.05)** | (947.50) |
| **Ending Account Value** | **$200,978.33** | **$200,978.33** |
| Pending Dividends and Accrued Interest [d] | **187.70** | |
| **Total Estimated Value [d]** | **$201,166.03** | |

Ending Account Value reflects the market value of your cash and investments. It does not include pending transactions, accrued interest, unpriced securities or assets held outside Schwab's custody.

**Your Independent Investment Manager and/or Advisor**

AUSDAL FINANCIAL PARTNERS INC
GREG BRUNO
2728 FORGUE DR STE 100
NAPERVILLE IL 60564
1 (630) 637-8600

The custodian of your brokerage account is: Charles Schwab & Co., Inc. Member SIPC. Your independent Investment Advisor is not affiliated with or an agent of Schwab and Schwab does not supervise or endorse your Advisor.

IGOR TOVSTANOVSKY &
YELENA TOVSTANOVSKY JT TEN
4127 EASY CIRCLE
NAPERVILLE IL 60564-4431

**Online Assistance**

Visit us online at schwaballiance.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

**Time to go digital**

Sign up for paperless at schwab.com/gp

06/30-83153-AC106-REG91216-193

charles SCHWAB

Schwab One® Account of

IGOR TOVSTANOVSKY &
YELENA TOVSTANOVSKY JT TEN

Account Number
[redacted]699

Statement Period
June 1-30, 2026

M.BROWN FINANCIAL ADVISORS

## Positions - Summary

| Beginning Value as of 06/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 06/30 |
|---|---|---|---|---|---|---|---|---|---|---|
| $199,613.59 | + | $0.00 | + | ($565.21) | + | $865.03 | + | $1,064.92 | = | **$200,978.33** |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 74.89 | 0.00 | (74.89) | 187.70 | |
| Bank Sweep | | TD BANK USA NA X,Z | | | 1,610.07 | 1,984.78 | 374.71 | | 0.01% |
| **Total Cash and Cash Investments** | | | | | **$1,684.96** | **$1,984.78** | **$299.82** | | |

## Positions

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| Equities | PTY | PIMCO CORPORATE & INCOME | 1,580.0000 | 12.03000 | 19,007.40 |
| ETF | HDV | ISHARES CORE HIGH | 725.0000 | 27.41000 | 19,872.25 |
| | FLXR | TCW FLEXIBLE INCOME ETF | 505.0000 | 39.21000 | 19,801.05 |
| Mutual Fund | STYIX | ALLSPRING SHORT-TERM HI + INC INST | 2,544.4690 | 7.83000 | 19,923.19 |
| | BSIIX | BLACKROCK STRATEGIC INCO + ME OPPS INSTL | 2,056.9030 | 9.76000 | 20,075.37 |
| | GIBIX | GUGGENHEIM TOTAL RETURN + BOND INSTL | 834.1270 | 23.75000 | 19,810.52 |
| | DDFLX | NOMURA FLOATING RATE INS + TITUTIONAL | 2,588.5820 | 7.81000 | 20,216.83 |
| | PIMIX | PIMCO INCOME INSTL + | 1,846.3210 | 10.86000 | 20,051.05 |
| | TFAIX | T. ROWE PRICE FLOATING R + ATE I | 2,185.3040 | 9.06000 | 19,798.85 |
| Other Assets | NLY | ANNALY CAP MGMT INC REIT | 914.0000 | 22.36000 | 20,437.04 |

Schwab One® Account of

IGOR TOVSTANOVSKY &
YELENA TOVSTANOVSKY JT TEN

Account Number [redacted]699

Statement Period June 1-30, 2026

M.BROWN FINANCIAL ADVISORS

## Positions (continued)

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| **Total Positions** | | | | | **$198,993.55** |

## Transactions - Summary

| Beginning Cash* as of 06/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 06/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,684.96 | | $0.00 | | $0.00 | | ($565.21) | | $0.00 | | $988.08 | | ($123.05) | | $1,984.78 |

Other Activity **$0.00** Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 06/01 | Dividend | Cash Dividend | PTY | PIMCO CORPORATE & INCOME | | | | 187.70 |
| 06/03 | Dividend | Cash Dividend | FLXR | TCW FLEXIBLE INCOME ETF | | | | 101.00 |
| 06/05 | Expense | Advisor Fee * | | MGMTFEE TO ADVISOR | | | | (123.05) |
| 06/16 | Interest | Bank Interest X,Z | | BANK INT 051626-061526 TD BANK USA NA | | | | 0.01 |
| 06/18 | Dividend | Cash Dividend | HDV | ISHARES CORE HIGH DIVIDEND ETF | | | | 134.16 |
| 06/30 | Purchase | Reinvested Shares | STYIX | ALLSPRING SHORT-TERM HI INC INST | 12.0980 | 7.8300 | | (94.73) |
| | Purchase | Reinvested Shares | BSIIX | BLACKROCK STRATEGIC INCO ME OPPS INSTL | 8.0290 | 9.7600 | | (78.36) |
| | Purchase | Reinvested Shares | GIBIX | GUGGENHEIM TOTAL RETURN BOND INSTL | 3.7120 | 23.7500 | | (88.17) |
| | Purchase | Reinvested Shares | DDFLX | NOMURA FLOATING RATE INS TITUTIONAL | 13.7080 | 7.8100 | | (107.06) |
| | Purchase | Reinvested Shares | PIMIX | PIMCO INCOME INSTL | 8.1450 | 10.8600 | | (88.46) |
| | Purchase | Reinvested Shares | TFAIX | T. ROWE PRICE FLOATING R ATE I | 11.9680 | 9.0600 | | (108.43) |
| | Dividend | Div For Reinvest | STYIX | ALLSPRING SHORT-TERM HI INC INST | | | | 94.73 |
| | Dividend | Div For Reinvest | BSIIX | BLACKROCK STRATEGIC INCOME OPPS INSTL | | | | 78.36 |

Schwab One® Account of

IGOR TOVSTANOVSKY &
YELENA TOVSTANOVSKY JT TEN

Account Number: [redacted]699

Statement Period: June 1-30, 2026

M.BROWN FINANCIAL ADVISORS

## Transaction Details (continued)

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 06/30 | Dividend | Div For Reinvest | GIBIX | GUGGENHEIM TOTAL RETURN BOND INSTL | | | | 88.17 |
| | Dividend | Div For Reinvest | DDFLX | NOMURA FLOATING RATE INSTITUTIONAL | | | | 107.06 |
| | Dividend | Div For Reinvest | PIMIX | PIMCO INCOME INSTL | | | | 88.46 |
| | Dividend | Div For Reinvest | TFAIX | T. ROWE PRICE FLOATING RATE I | | | | 108.43 |
| **Total Transactions** | | | | | | | | **$299.82** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount |
|---|---|---|
| 06/01 | **Beginning Balance** [X,Z] | **$1,610.07** |
| 06/01 | BANK CREDIT FROM BROKERAGE [X] | 262.59 |
| 06/03 | BANK CREDIT FROM BROKERAGE [X] | 101.00 |
| 06/08 | BANK TRANSFER TO BROKERAGE | (123.05) |
| 06/15 | BANK INTEREST - TD BANK USA NA [X,Z] | 0.01 |
| 06/18 | BANK CREDIT FROM BROKERAGE [X] | 134.16 |
| 06/30 | **Ending Balance** [X,Z] | **$1,984.78** |
| 06/30 | **Interest Rate** [*Z] | **0.01%** |

* Your interest period was 05/16/26 - 06/15/26. [Z]

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/ CUSIP | Description | Quantity | Market Price/ Rate per Share($) | Limit Price($) | Settle/ Payable Date | Expiration Date | Amount($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pending | 06/11 | Cash Dividend | PTY | PIMCO CORPORATE & INCOME | 1,580.0000 | 0.1188 | | 07/01 | | 187.70 |
| **Total Pending Transactions** | | | | | | | | | | **$187.70** |

Pending transactions are not included in account value. Pending dividends are projected and based on a security you held on the dividend record date but the dividend has not been received into your account.

## Endnotes For Your Account

+ Dividends paid on this security will be automatically reinvested.

* You authorize Schwab to debit your account to pay investment management fees per the authorization you granted in your Account Application. Schwab does not review or monitor these fee payments. Contact your Investment Manager if you have questions.

X Bank Sweep deposits are held at one or more FDIC-insured Program Banks. Charles Schwab & Co., Inc. is not an FDIC-insured bank and deposit insurance covers the failure of an insured bank. Certain conditions must be satisfied for FDIC insurance coverage to apply. Please review the Cash Features Program Disclosure Statement for a list of the Program Banks at

## Endnotes For Your Account (continued)

d Pending dividends and accrued interest reflects the sum of the total pending dividends and/or accrued interest on positions held in your account, but the dividends and/or interest have not been received into your account. Schwab makes no representation the amounts shown will be received. These amounts are not covered by SIPC account protection until received and held in the account.

schwab.com/cashfeaturesdisclosure.

Z For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC-insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held at that bank in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account(s), please refer to the Cash Features Program Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at Program Banks with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Brokerage Products and Services:** Brokerage products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC) are not deposits or obligations of the Program Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Program Bank-guaranteed. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information

## Terms and Conditions (continued)

about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call customer service at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603 El Paso, TX 79998-2603, or call customer service at **800-435-4000**. (Outside the U.S., call **+1-415-667-8400**.) If you're a client of an independent investment advisor, call us at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2026 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC**. (O1CUSTNC) (0822-20UL)

Schwab Advisor Services is a division of Charles Schwab & Co., Inc., and provides back office brokerage and related services to independent investment advisors and retirement plan providers. Schwab is a registered broker-dealer and is not affiliated with your investment advisor whose name appears this statement ("Advisors") except in the case of Charles Schwab Investment Management, Inc. ("CSIM"), Schwab Wealth Advisory, Inc. ("SWAI"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this statement. Not all of these products and services may benefit your Account, and Schwab may provide them to Advisors on the Advisor's commitment to place a certain number of its clients' assets in brokerage accounts at Schwab within a certain period of time. The commitment could influence an Advisor's recommendation or requirement that its clients establish brokerage accounts at Schwab. For questions about this statement, or if there is a change in your financial situation, investment objectives, or risk profile, please contact your independent investment manager and/or Advisor.