EXHIBIT

B

**From:** David K. Welch <DWelch@BurkeLaw.com>
**Sent:** Friday, March 20, 2026 1:54 PM
**To:** Nichols, Justin M.; Peters, Lisa M.
**Cc:** Ira M. Levin
**Subject:** FW: Notices of Bankruptcy Case Filings - Tovstanovsky
**Attachments:** Notice of Bankruptcy Case Filing - Igor and Yelena Tovstanovsky.pdf; Notice of Bankruptcy Case Filing - Aleksandr Tovstanovskiy.pdf

**This Message Is From an External Sender**
This message came from outside your organization.

Justin—please see attached notices of chapter 11 filings for Alex Tovstanovskiy and Igor and Yelena Toskanovsky.

**David K. Welch** | *Partner*
**P** 312-840-7122 | **F** 312-840-7900 | DWelch@BurkeLaw.com | www.burkelaw.com
**Burke, Warren, MacKay & Serritella, P.C.** 330 N Wabash Ave, 21st Floor | Chicago, IL 60611