UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>IGOR TOVSTANOVSKY and<br>YELENA TOVSTANOVSKY<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 26-04966<br><br>Chapter: 11<br>Honorable Daniel R. Fine |

**ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL**

THIS MATTER COMING TO BE HEARD upon the Motion of David K. Welch, of the law firm of Burke, Warren, MacKay & Serritella, P.C. ("BWMS"), as Counsel to IGOR TOVSTANOVSKY and YELENA TOVSTANOVSKY, Debtors/Debtors-in-Possession, For First Allowance of Interim Compensation and Reimbursement of Expenses; due and proper notice having been given to all known creditors and parties in interest; no objections having been interposed; and this Court being fully advised in the premises.

IT IS HEREBY ORDERED as follows:

1. BWMS is allowed interim compensation and reimbursement of expenses for the period March 20, 2026, through July 16, 2026, in the amount of $102,408.50 and $118.98 respectively;

2. The advance payment retainer paid to BWMS in the amount of $53,838.00 prior to the filing of the Debtors' Chapter 11 case shall be applied to the sums allowed in this Order; and

3. The Debtors are authorized to pay all sums allowed under this Order.

Enter: Dan Fine

Honorable Daniel R. Fine
United States Bankruptcy Judge

Dated: August 18, 2026

**Prepared by:**

DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 6307292)
bwelch@burkelaw.com
Madeleine J. Coate, Esq. (Atty No. 6345291)
mcoate@Burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100, Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900